# Exhibit A

https://www.amazon.com/Hmlc-Portable-Paddle-Sport-Net/dp/B0FP2K93SF?th=1 September 10, 2025 at 11:20 AM EDT

amazon prime | Deliver to Ananya Jersey City 07310 | Sports & Outdoors | Search Amazon | EN | Hello, Ananya Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Off to College | Same-Day Delivery | Medical Care | Amazon Basics | Best Sellers | Prime Video | Buy Again | Pet Supplies | Browsing History | Handmade | Books | Pharmacy | prime THURSDAY NIGHT FOOTBALL 31:39:59

JOOLA | JOOLA Agassi/GRAF Champion Set with Pickleball Paddles, Balls & Sling Bag -... 197 | $129.95 prime | Shop now

Sponsored

Sports & Outdoors › Sports › Leisure Sports & Game Room › Outdoor Games & Activities › Pickleball




VIDEO

Click to see full view

Ask Rufus

What sports can be played with this set? | Is it easy to set up? | Can this be used indoors? | Ask something else

# Portable Paddle Game with Net - Similar to Badminton, Tennis and Pickleball Set - Indoor & Outdoor Play Fun and Friendly Backyard Games for Family

Visit the Hmlc Store

5.0 ★★★★★ (167) | Search this page

-50% $99.99

List Price: ~~$199.99~~

Or $17.24 /mo (6 mo). Select from 3 plans

prime

FREE Returns

Get a $150 Gift Card: Pay $0.00 ~~$99.99~~ upon approval for Prime Visa. No annual fee.

May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **Orange**

- Unique Fusion of Sports: This innovative set brings together the best of pickleball, badminton, ping pong, jianzi, and tennis, creating a truly unique and thrilling experience. It's perfect for families seeking outdoor fun or individuals looking for indoor sports activities, offering a one-of-a-kind way to enjoy sports.
- Comprehensive & Portable Kit: The all-in-one set includes a portable, easy-to-assemble net, professional-quality paddles, and a variety of balls such as pickleballs, jianzi, and ping pong balls. This makes it ideal for backyard games, lawn activities, or even indoor play. Plus, the customizable rules add an extra layer of fun and excitement to the sports.
- High-Quality & Durable Design: By blending jianzi with paddle games, this set introduces a new level of variety and excitement. The paddles and birdies are made of high-quality materials, ensuring durability and long-lasting play, whether you're enjoying the sport indoors or outdoors.
- Versatile All-Season Use: Featuring a 7ft 6in adjustable net, this set is suitable for all seasons. You can play pickleball, badminton, or other sports anytime, regardless of the weather. It's great for family gatherings, regular practice sessions, or simply enjoying sports with friends and loved ones.
- Easy Setup & Storage: The set can be set up in just 3 minutes, thanks to its rust-resistant frame. It also comes with a convenient storage bag, making it easy to transport to the park, backyard, or any other location for on-the-go fun.

Report an issue with this product or seller




Paddle Game Set with Net for Indoor Outdoor Use - 5-in-1 Pickleball Badminton Tennis Ping Pong Jianzi...
★★★★★ 4
$109.99 prime

Sponsored


Buy new:

$99.99

prime

FREE delivery **Saturday, September 13**. Order within 11 hrs 10 mins

Deliver to Ananya - Jersey City 07310

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Hmlc Sport |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Save with Used - Very Good**

$95.99

prime

FREE delivery Sunday, September 14

Ships from: Amazon

Sold by: Amazon Resale

Add to List

**Other sellers on Amazon**

New & Used (4) from $95.99 prime




ZCEBGIG Indoor Paddle Game wi...
5.0 ★★★★★ 4
$159.99 prime

Sponsored


## Frequently bought together



+



**This item:** Hmlc Portable Paddle Game with Net - Similar to Badminton, Tennis and Pickleb...
$99.99 prime

WestKey Labs Mosquito Repellent Balm Stick – 3-Pack (0.5oz Each) – DEET-Free, Plant-Based Bug...
$13.59 ($4.53/count)

Total price: $113.58

Add both to Cart

Some of these items ship sooner than the others.
Show details


## Based on your recent views Sponsored

Page 1 of 58



Indoor Paddle Game with Net – All in One Outdoor & Indoor Set with Removable Target...
★★★★★ 4
-20% $159.99
List: ~~$199.99~~
prime



All-in-One Multi-Sport Paddle Game with Net Set for Pickleball, Badminton, Ping Pon...
★★★★★ 3
-36% $89.99
List: ~~$139.99~~
prime
You pay $49.99 with coupon




Sport – The Original Paddle Game with Net for Indoors & Outdoors – Active, Joint-Fr...
★★★★½ 491
Amazon's Choice
-20% $159.99
Typical: ~~$199.99~~
prime



Portable Paddle Games with Net All-in-1 Paddle Sport Set Indoor Badminton Set Simil...
★★★★★ 3
-10% $89.89
List Price: ~~$99.89~~
prime



Pickleball Paddles - T700 Carbon Fiber Pickleball Paddle - Lightweight & Durable,16...
★★★★★ 22
-29% $53.99
List: ~~$75.99~~
prime



Paddle Game Set with Net for Indoor Outdoor Use - 5-in-1 Pickleball Badminton Tenni...
★★★★★ 4
$109.99
prime
You pay $98.99 with coupon



Smart Biometric Safe with Wireless Charging for Phone & Watch, 3 Access Methods to ...
★★★★★ 366
$189.99
prime

## 4 stars and above Sponsored

Page 1 of 47



Smart Biometric Safe with Wireless Charging



Pickleball Paddles - Professional Carbon



All-in-one Portable Badminton & Pickleball



TENVINA Pickleball Paddles, Multi-Layer




Sport – The Original Paddle Game with Net



Portable Badminton Net with 4 Badminton



12 Pack Badminton Rackets Set Including

| | | | | | | |
|---|---|---|---|---|---|---|
| for iPhone & Watch, 3 Access Methods to ... | Fiber Paddle with Honeycomb Core... | Net Set for Backyard Beach Driveway with... | T700SC Textured Carbon Fiber Pickleball Pad... | for Indoors & Outdoors Active, Joint-Fr... | Rackets, Durable Badminton Net Set for... | Rackets, Nylon Shuttlecocks and Carry... |
| 366 | 84 | 59 | 911 | 491 | 75 | 133 |
| $189.99 | #1 New Release | $99.99 | Limited Prime deal | Amazon's Choice | Amazon's Choice | $42.99 |
| prime | -72% $51.19 | prime | -38% $74.99 | -20% $159.99 | $69.99 | prime |
| | Typical price: $179.99 | You pay $87.99 with coupon | List Price: $119.99 | Typical: $199.99 | prime | |
| | prime | (some sizes/colors) | prime | prime | | |

**Product description**











## Product information

### Technical Details

| | |
|---|---|
| Item Package Dimensions L x W x H | 32 x 9.2 x 5.8 inches |
| Package Weight | 4.97 Kilograms |
| Item Dimensions LxWxH | 61 x 25 x 90 inches |
| Item Weight | 10 Pounds |
| Brand Name | Hmlc |
| Warranty Description | 1 Year Manufacturer |
| Model Name | Portable Paddle Game with Net |
| Color | Orange |
| Material | Metal, Plastic, Rubber/Foam |
| Suggested Users | unisex-adult |
| Number of Items | 1 |
| Manufacturer | Hmlc |
| Included Components | Jianzi * 8, Paddle * 2, Pickleball * 2, Pingpong * 2, Portable Net * 1 |
| Size | Big |

### Additional Information

| | |
|---|---|
| ASIN | B0FP2K93SF |
| Customer Reviews | 5.0 ★★★★★ (167) 5.0 out of 5 stars |
| Best Sellers Rank | #60,519 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #477 in Pickle-Ball Equipment |
| Date First Available | August 28, 2025 |

### Feedback

Would you like to tell us about a lower price?

### Product Videos



**Products related to this item** Sponsored

Page 1 of 58


Pickleball Paddles - T700 Carbon Fiber Pickleball Paddle - Lightweight & Durable,16...
22
-29% $53.99
List: $75.99
prime


Paddle Game Set with Net for Indoor Outdoor Use - 5-in-1 Pickleball Badminton Tenni...
4
$109.99
prime
You pay $98.99 with coupon


Portable Paddle with Net, All-in-1 Set for Badminton, Table Tennis and Jianzi, Pick...
$99.89
prime


Badminton Pole,Portable 5.1FT Badminton Net Frame Poles with Wheel,Movable...
$189.00


Indoor Paddle Game with Net – All in One Outdoor & Indoor Set with Removable Target...
4
-20% $159.99
List: $199.99
prime


All-in-One Multi-Sport Paddle Game with Net Set for Pickleball, Badminton, Ping Pon...
3
-36% $89.99
List: $139.99
prime
You pay $49.99 with coupon


Smart Biometric Safe with Wireless Charging for Phone & Watch, 3 Access Methods to ...
366
$189.99
prime

## Similar brands on Amazon

Page 1 of 2

Sponsored


SwingIt Pickleball Practice Rebounder Net 6FT Mini Pickle Ball Net Portable f...
4.0 42
$88.99 Typical: $99.99


Wiseek Sturdy and Easy to Set up Volleyball Training Equipment...
4.5 41
$123.49 Typical: $129.99


MerryMove Pickleball Practice Rebounder Net: Pickleball Rebounder ...
4.4 100
$84.99 List: $104.99

**Looking for specific info?**

Ask Rufus or search reviews and Q&A

What sports can be played with this set? | Is it easy to set up? | Can this be used indoors? | Does it come with a carrying case? | Is assembly required?

## Customer reviews

5 out of 5

167 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review


Comesee Kioos Collapsible Table Tennis Net Professional Steel...
$21.99 prime
Sponsored

### Customers say

Customers find these pickleball paddles excellent for beginners and appreciate their lightweight design and good value for money. The paddles are comfortable to hold, particularly during extended games, and are sturdy, with one customer noting there are no weird bounces or unexpected cracks. Customers like the convenient carrying bag that fits everything inside, and the set includes two paddles and balls, making it perfect for family and casual play.

Generated from the text of customer reviews

**Select to learn more**

Quality | Lightweight | Value for money | Fun for family | Comfort | Sturdiness | Carryability | Ball size

### Reviews with images

See all photos ›



### Top reviews from the United States

Joy leavitt

**Great Beginner Set – Durable and Fun!**

Reviewed in the United States on July 23, 2025

Verified Purchase

I purchased this set of 2 pickleball paddles and 2 pickleballs for casual games with my family, and I'm really impressed with the quality for the price. The paddles are lightweight yet sturdy, with a comfortable grip that fits both adult and teen hands well. The surface gives a good amount of control without sacrificing power, making it great for beginners and intermediate players. This set is perfect for anyone looking to get started with pickleball or for those who want a reliable backup set. It even came with a mesh bag for easy storage and transport, which was a nice bonus!
Highly recommend for family fun, beginners, or casual players!



Helpful | Report

Guven Yurek

**Excellent Pickleball Paddle Set for All Skill Levels – Great Value and Performance!**

Reviewed in the United States on July 20, 2025

Verified Purchase

This pickleball paddle set is perfect for both beginners and casual players. The paddles are lightweight yet sturdy, offering a great balance of power and control during games. The grip is comfortable and doesn't slip, even after extended play. It comes with high-quality balls and a convenient carrying bag, making it easy to take anywhere. The build feels durable, and the paddles hold up well on both indoor and outdoor courts. Whether you're just starting out or playing recreationally, this set delivers excellent value for the price. A fun and reliable choice for family games or friendly matches.

Helpful | Report

Dhaval Moradiya

★★★★★ **Fun, Durable, and Easy to Use – A Great Set for All Levels**

Reviewed in the United States on July 26, 2025

Verified Purchase

This pickleball set is fantastic for both beginners and seasoned players. The paddles are lightweight but solid, with a comfortable grip that makes long games easy on the hands. The balls are regulation quality, and the included net is sturdy and quick to set up.

We've used it in our backyard and at the park- it's super portable and comes with a great carrying case. Perfect for family fun, casual matches, or even practicing your skills. Great value for the price. Highly recommend.



Helpful | Report

Carlos

★★★★★ **Great Starter Set & Fun, Handy, and Perfect for Casual Play!**

Reviewed in the United States on July 21, 2025

Verified Purchase

I picked up the HMLC pickleball paddle set for casual play, and it's been a hit. The paddles are lightweight and easy to grip, so my arm doesn't tire even during longer backyard games. The included net makes it a fun, all-in-one setup and great for indoor or outdoor use.
They feel solid and look nice and mine came in a bright blue that's easy to spot during play. Packed a few pickleballs and paddles in the mesh bag and headed right to the park. Definitely a great choice for beginners, family fun, or casual matches.

Helpful | Report

Mrugesh Master

★★★★★ **Sturdy paddles and good quality**

Reviewed in the United States on August 6, 2025

Verified Purchase

This paddle and ball set is perfect for beginners and casual play. The paddles are lightweight with a solid grip, and the balls are durable for both indoor and outdoor use. It even comes with a handy carry bag which makes it easier to carry it to the park or store it in the car. Great quality for the price. Highly recommend for anyone getting into pickleball.

Helpful | Report

rk72143

★★★★★ **Fun and convenient**

JOOLA | JOOLA Agassi/GRAF Champion Set with Pickleball Paddles, Balls & Sling Bag -... 197 | $129.95 prime | Shop now

Sponsored






VIDEO

Click to see full view

Ask Rufus

What sports can be played with this set? | Is it easy to set up? | Can this be used indoors? | Ask something else

# Portable Paddle Game with Net - Similar to Badminton, Tennis and Pickleball Set - Indoor & Outdoor Play Fun and Friendly Backyard Games for Family

Visit the Hmlc Store

5.0 ★★★★★ (167) | Search this page

-50% $99.99

List Price: ~~$199.99~~

Or $17.24 /mo (6 mo). Select from 3 plans

prime

FREE Returns

Get a $150 Gift Card: Pay $0.00 ~~$99.99~~ upon approval for Prime Visa. No annual fee.

May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **Orange**

- Unique Fusion of Sports: This innovative set brings together the best of pickleball, badminton, ping pong, jianzi, and tennis, creating a truly unique and thrilling experience. It's perfect for families seeking outdoor fun or individuals looking for indoor sports activities, offering a one-of-a-kind way to enjoy sports.
- Comprehensive & Portable Kit: The all-in-one set includes a portable, easy-to-assemble net, professional-quality paddles, and a variety of balls such as pickleballs, jianzi, and ping pong balls. This makes it ideal for backyard games, lawn activities, or even indoor play. Plus, the customizable rules add an extra layer of fun and excitement to the sports.
- High-Quality & Durable Design: By blending jianzi with paddle games, this set introduces a new level of variety and excitement. The paddles and birdies are made of high-quality materials, ensuring durability and long-lasting play, whether you're enjoying the sport indoors or outdoors.
- Versatile All-Season Use: Featuring a 7ft 6in adjustable net, this set is suitable for all seasons. You can play pickleball, badminton, or other sports anytime, regardless of the weather. It's great for family gatherings, regular practice sessions, or simply enjoying sports with friends and loved ones.
- Easy Setup & Storage: The set can be set up in just 3 minutes, thanks to its rust-resistant frame. It also comes with a convenient storage bag, making it easy to transport to the park, backyard, or any other location for on-the-go fun.

Report an issue with this product or seller

Paddle Game Set with Net for Indoor Outdoor Use - 5-in-1 Pickleball Badminton Tennis Ping Pong Jianzi... ★★★★★ 4 $109.99 prime

Sponsored

**Buy new:**

$99.99

prime

FREE delivery **Saturday, September 13**. Order within 11 hrs 10 mins

Deliver to Ananya - Jersey City 07310

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Hmlc Sport |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

**Save with Used - Very Good**

$95.99

prime

FREE delivery Sunday, September 14

Ships from: Amazon

Sold by: Amazon Resale

Add to List

**Other sellers on Amazon**

New & Used (4) from $95.99 prime

ZCEBGIG Indoor Paddle Game wi... 5.0 ★★★★★ 4 $159.99 prime

Sponsored

## Frequently bought together

**This item:** Hmlc Portable Paddle Game with Net - Similar to Badminton, Tennis and Pickleb... $99.99 prime

WestKey Labs Mosquito Repellent Balm Stick – 3-Pack (0.5oz Each) – DEET-Free, Plant-Based Bug... $13.59 ($4.53/count)

Total price: $113.58

Add both to Cart

Some of these items ship sooner than the others. Show details

## Based on your recent views Sponsored

Page 1 of 58

- Indoor Paddle Game with Net – All in One Outdoor & Indoor Set with Removable Target... ★★★★★ 4 -20% $159.99 List: ~~$199.99~~ prime
- All-in-One Multi-Sport Paddle Game with Net Set for Pickleball, Badminton, Ping Pon... ★★★★★ 3 -36% $89.99 List: ~~$139.99~~ prime You pay $49.99 with coupon
- Sport – The Original Paddle Game with Net for Indoors & Outdoors – Active, Joint-Fr... ★★★★½ 491 Amazon's Choice -20% $159.99 Typical: ~~$199.99~~ prime
- Portable Paddle Games with Net All-in-1 Paddle Sport Set Indoor Badminton Set Simil... ★★★★★ 3 -10% $89.99 List Price: ~~$99.89~~ prime
- Pickleball Paddles - T700 Carbon Fiber Pickleball Paddle - Lightweight & Durable,16... ★★★★★ 22 -29% $53.99 List: ~~$75.99~~ prime
- Paddle Game Set with Net for Indoor Outdoor Use - 5-in-1 Pickleball Badminton Tenni... ★★★★★ 4 $109.99 prime You pay $98.99 with coupon
- Smart Biometric Safe with Wireless Charging for Phone & Watch, 3 Access Methods to ... ★★★★★ 366 $189.99 prime

## 4 stars and above Sponsored

Page 1 of 47

- Smart Biometric Safe with Wireless Charging
- Pickleball Paddles - Professional Carbon
- All-in-one Portable Badminton & Pickleball
- TENVINA Pickleball Paddles, Multi-Layer
- Sport – The Original Paddle Game with Net
- Portable Badminton Net with 4 Badminton
- 12 Pack Badminton Rackets Set Including

| | | | | | | |
|---|---|---|---|---|---|---|
| Access Methods to ... | Honeycomb Core... | Net Set for Backyard Beach Driveway with... | Fiber Pickleball Pad... | for Indoors & Outdoors Active, Joint-Fr... | Badminton Net Set for... | Shuttlecocks and Carry... |
| 366 | 84 | 59 | 911 | 491 | 75 | 133 |
| $189.99 | #1 New Release | $99.99 | Limited Prime deal | Amazon's Choice | Amazon's Choice | $42.99 |
| prime | -72% $51.19 | prime | -38% $74.99 | -20% $159.99 | $69.99 | prime |
| | Typical price: ~~$179.99~~ | You pay $87.99 with coupon (some sizes/colors) | List Price: ~~$119.99~~ | Typical: ~~$199.99~~ | prime | |
| | prime | | prime | prime | | |

**Product description**











## Product information

### Technical Details

| | |
|---|---|
| Item Package Dimensions L x W x H | 32 x 9.2 x 5.8 inches |
| Package Weight | 4.97 Kilograms |
| Item Dimensions LxWxH | 61 x 25 x 90 inches |
| Item Weight | 10 Pounds |
| Brand Name | Hmlc |
| Warranty Description | 1 Year Manufacturer |
| Model Name | Portable Paddle Game with Net |
| Color | Orange |
| Material | Metal, Plastic, Rubber/Foam |
| Suggested Users | unisex-adult |
| Number of Items | 1 |
| Manufacturer | Hmlc |
| Included Components | Jianzi * 8, Paddle * 2, Pickleball * 2, Pingpong * 2, Portable Net * 1 |
| Size | Big |

### Additional Information

| | |
|---|---|
| ASIN | B0FP2K93SF |
| Customer Reviews | 5.0 ★★★★★ (167)<br>5.0 out of 5 stars |
| Best Sellers Rank | #60,519 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#477 in Pickle-Ball Equipment |
| Date First Available | August 28, 2025 |

### Feedback

Would you like to tell us about a lower price?

### Product Videos



## Products related to this item
Sponsored

Page 1 of 58



Pickleball Paddles - T700 Carbon Fiber Pickleball Paddle - Lightweight & Durable,16...
22
-29% $53.99
List: $75.99
prime



Paddle Game Set with Net for Indoor Outdoor Use - 5-in-1 Pickleball Badminton Tenni...
4
$109.99
prime
You pay $98.99 with coupon



Portable Paddle with Net, All-in-1 Set for Badminton, Table Tennis and Jianzi, Pick...
$99.89
prime



Badminton Pole,Portable 5.1FT Badminton Net Frame Poles with Wheel,Movable...
$189.00



Indoor Paddle Game with Net – All in One Outdoor & Indoor Set with Removable Target...
4
-20% $159.99
List: $199.99
prime



All-in-One Multi-Sport Paddle Game with Net Set for Pickleball, Badminton, Ping Pon...
3
-36% $89.99
List: $139.99
prime
You pay $49.99 with coupon



Smart Biometric Safe with Wireless Charging for Phone & Watch, 3 Access Methods to ...
366
$189.99
prime

## Similar brands on Amazon

Page 1 of 2

Sponsored



SwingIt Pickleball Practice Rebounder Net 6FT Mini Pickle Ball Net Portable f...
4.0 42
$88.99 Typical: $99.99



Wiseek Sturdy and Easy to Set up Volleyball Training Equipment...
4.5 41
$123.49 Typical: $129.99



MerryMove Pickleball Practice Rebounder Net: Pickleball Rebounder ...
4.4 100
$84.99 List: $104.99

### Looking for specific info?

Ask Rufus or search reviews and Q&A

What sports can be played with this set? | Is it easy to set up? | Can this be used indoors?

Does it come with a carrying case? | Is assembly required?

## Customer reviews

5 out of 5

167 global ratings

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review




Comesee Kioos Collapsible Table Tennis Net Professional Steel...
$21.99 prime

Sponsored


### Customers say

Customers find these pickleball paddles excellent for beginners and appreciate their lightweight design and good value for money. The paddles are comfortable to hold, particularly during extended games, and are sturdy, with one customer noting there are no weird bounces or unexpected cracks. Customers like the convenient carrying bag that fits everything inside, and the set includes two paddles and balls, making it perfect for family and casual play.

Generated from the text of customer reviews

**Select to learn more**

✓ Quality | ✓ Lightweight | ✓ Value for money | ✓ Fun for family | ✓ Comfort | ✓ Sturdiness | ✓ Carryability | ✓ Ball size

### Reviews with images

See all photos ›



### Top reviews from the United States

Joy leavitt

**Great Beginner Set – Durable and Fun!**

Reviewed in the United States on July 23, 2025

Verified Purchase

I purchased this set of 2 pickleball paddles and 2 pickleballs for casual games with my family, and I'm really impressed with the quality for the price. The paddles are lightweight yet sturdy, with a comfortable grip that fits both adult and teen hands well. The surface gives a good amount of control without sacrificing power, making it great for beginners and intermediate players. This set is perfect for anyone looking to get started with pickleball or for those who want a reliable backup set. It even came with a mesh bag for easy storage and transport, which was a nice bonus!
Highly recommend for family fun, beginners, or casual players!



Helpful | Report

Guven Yurek

**Excellent Pickleball Paddle Set for All Skill Levels – Great Value and Performance!**

Reviewed in the United States on July 20, 2025

Verified Purchase

This pickleball paddle set is perfect for both beginners and casual players. The paddles are lightweight yet sturdy, offering a great balance of power and control during games. The grip is comfortable and doesn't slip, even after extended play. It comes with high-quality balls and a convenient carrying bag, making it easy to take anywhere. The build feels durable, and the paddles hold up well on both indoor and outdoor courts. Whether you're just starting out or playing recreationally, this set delivers excellent value for the price. A fun and reliable choice for family games or friendly matches.

Helpful | Report

Dhaval Moradiya

★★★★★ **Fun, Durable, and Easy to Use – A Great Set for All Levels**

Reviewed in the United States on July 26, 2025

Verified Purchase

This pickleball set is fantastic for both beginners and seasoned players. The paddles are lightweight but solid, with a comfortable grip that makes long games easy on the hands. The balls are regulation quality, and the included net is sturdy and quick to set up.

We've used it in our backyard and at the park- it's super portable and comes with a great carrying case. Perfect for family fun, casual matches, or even practicing your skills. Great value for the price. Highly recommend.



Helpful | Report

Carlos

★★★★★ **Great Starter Set & Fun, Handy, and Perfect for Casual Play!**

Reviewed in the United States on July 21, 2025

Verified Purchase

I picked up the HMLC pickleball paddle set for casual play, and it's been a hit. The paddles are lightweight and easy to grip, so my arm doesn't tire even during longer backyard games. The included net makes it a fun, all-in-one setup and great for indoor or outdoor use.
They feel solid and look nice and mine came in a bright blue that's easy to spot during play. Packed a few pickleballs and paddles in the mesh bag and headed right to the park. Definitely a great choice for beginners, family fun, or casual matches.

Helpful | Report

Mrugesh Master

★★★★★ **Sturdy paddles and good quality**

Reviewed in the United States on August 6, 2025

Verified Purchase

This paddle and ball set is perfect for beginners and casual play. The paddles are lightweight with a solid grip, and the balls are durable for both indoor and outdoor use. It even comes with a handy carry bag which makes it easier to carry it to the park or store it in the car. Great quality for the price. Highly recommend for anyone getting into pickleball.

Helpful | Report

rk72143

★★★★★ **Fun and convenient**

JOOLA | JOOLA Agassi Edge 16mm Pickleball Paddle - Carbon Fiber Pickleball Racket Surface… 197 | $99.95 prime | Shop now

Sponsored

## Consider these available items


All-in-One Multi-Sport Paddle Game with Net Set for Pickleball, Badminton, Ping Pong, Jianzi, and Tennis | Adjustable 7ft 6in Net | Indoor & Outdo…
5.0 3
$89.99
prime


Jazzminton-Sport – The Original Paddle Game with Net for Indoors & Outdoors – Active, Joint-Friendly Family Fun – Like Badminton, Pickleball…
4.5 491
$159.99
prime


Jazzminton Paddle Game Select Double Badminton Set 4 Rackets - Beach Games for Kids Teens Adults and Family Games -Outdoor Games…
4.5 836
$34.99
prime

Sports & Outdoors › Sports › Leisure Sports & Game Room › Outdoor Games & Activities › Pickleball




Click to see full view

# Portable Paddle Game with Net - Indoor & Outdoor and Backyard Games - Similar to Badminton, Tennis and Pickleball Set - Fun Games for Family

Visit the Hmlc Store

3.7 (18) | Search this page

Currently unavailable.
We don't know when or if this item will be back in stock.

### Additional Details

Verified by Transparency
Each item has a unique code that we verify before shipping.
Learn more

Report an issue with this product or seller


ZCEBGIG Indoor Paddle Game with Net – All in One Outdoor & Indoor Set with Removable Target and Ball…
4
$159.99 prime

Sponsored

Currently unavailable.
We don't know when or if this item will be back in stock.
Deliver to Ananya - Jersey City 07310

Add to List


JOOLA Agassi/GRAF Champion Se…
197
$129.95 prime

Sponsored

## Based on your recent views Sponsored

Page 1 of 58


All-in-One Multi-Sport Paddle Game with Net Set for Pickleball, Badminton, Ping Pon…
3
-36% $89.99
List: $139.99
prime
You pay $49.99 with coupon


Pro 2 in 1 Pickleball Net with Wheels Regulation Size 22FT Galvanized Hand Winch He…
9
$199.99
prime


Pickleball Practice Rebounder Trainer for Solo Practice, Portable Pickleball Traini…
$129.99
prime


Axe Throwing Bristle Target with 8 Throwing Axes Set,Axe Throwing Game for Backyard…
329
$119.99
prime


Indoor Paddle Game with Net – All in One Outdoor & Indoor Set with Removable Target…
4
-20% $159.99
List: $199.99
prime


Sport – The Original Paddle Game with Net for Indoors & Outdoors – Active, Joint-Fr…
491
Amazon's Choice
-20% $159.99
Typical: $199.99
prime


Portable Paddle Game with Net - Similar to Badminton, Tennis and Pickleball Set - I…
167
-50% $99.99
List: $199.99
prime

## 4 stars and above Sponsored

Page 1 of 31


All-in-one Portable Badminton & Pickleball Net Set for Backyard Beach Driveway with…
59
$99.99
prime
You pay $87.99 with coupon
(some sizes/colors)


17FT Portable Pickleball Badminton Net Set Outdoor, Height Adjustable Multi…
65
$99.99
prime
You pay $87.99 with coupon


Portable Badminton Net with 4 Badminton Rackets, Durable Badminton Net Set for…
75
Amazon's Choice
$69.99
prime


Portable Badminton Net Set,Folding Volleyball Badminton Net,4 Professional Graphite…
195
$129.99
prime


Sport – The Original Paddle Game with Net for Indoors & Outdoors – Active, Joint-Fr…
491
Amazon's Choice
-20% $159.99
Typical: $199.99
prime


Portable Paddle Game with Net - Similar to Badminton, Tennis and Pickleball Set - I…
167
-50% $99.99
List: $199.99
prime


Zdgao Badminton Sets for Backyard, Portable Badminton Net with Tension Adjuster, Ba…
218
$59.99
prime

## From the brand

Product description






## Product information

### Item details

| | |
|---|---|
| Brand Name | Hmlc |
| UPC | 736963211671 |
| Customer Reviews | 3.7 ★★★★☆ (18)<br>3.7 out of 5 stars |
| Best Sellers Rank | #200,320 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#1,344 in Pickle-Ball Equipment |
| ASIN | B0DTGD325G |
| Item Height | 0.1 centimeters |

**Feedback**

Would you like to tell us about a lower price?

## Product Videos




Videos for this product




My kids loved this game- unboxing and demo
Dadazon Prime




EVERYTHING to know BEFORE you buy this outdoor set...
The Last Stop Review ...




Awesome game for the whole family
Ever




Easy Set Up - Endless Fun
Brittany Fox




We LOVE This Game! Sets Up In Seconds! See My Full Review!
KP Design Crates

**Products related to this item** Sponsored | Page 1 of 58



Portable Paddle Games with Net All-in-1 Paddle Sport Set Indoor Badminton Set Simil...
★★★★★ 3
-10% $89.89
List Price: ~~$99.89~~
prime



Axe Throwing Game for Backyard - 8 Throwing Axes Set - Deluxe Foldable Plastic Axe ...
★★★★★ 117
Amazon's Choice
$119.99
prime



Paddle Game Set with Net for Indoor Outdoor Use - 5-in-1 Pickleball Badminton Tenni...
★★★★★ 4
$109.99
prime
You pay $98.99 with coupon



Outdoor Badminton Set for Backyard Lawn Beach Portable Badminton Net Set System wit...
★★★★★ 41
Amazon's Choice
-9% $99.99
List: ~~$109.99~~
prime
You pay $87.99 with coupon
(some sizes/colors)



Indoor Paddle Game with Net – All in One Outdoor & Indoor Set with Removable Target...
★★★★★ 4
-20% $159.99
List: ~~$199.99~~
prime



Portable Paddle Game with Net - Similar to Badminton, Tennis and Pickleball Set - I...
★★★★★ 167
-50% $99.99
List: ~~$199.99~~
prime




Sport – The Original Paddle Game with Net for Indoors & Outdoors – Active, Joint-Fr...
★★★★☆ 491
Amazon's Choice
-20% $159.99
Typical: ~~$199.99~~
prime

## Similar brands on Amazon

Sponsored | Page 1 of 2



Enhance Pickleball Mini Court - Pickleball Net and Lines System for...
4.9 ★★★★★ 14
$154.99



Pickleball Paddles Set of 4, USAPA Approved Pickleball Set, Fiberglass...
4.7 ★★★★☆ 286
$89.99




4Joy Pickleball Paddle Amp4 Series - T700 Carbon Fiber Pickleball Paddles ...
5.0 ★★★★★ 3
$95.00

**Looking for specific info?**

Ask Rufus or search reviews and Q&A

## Customer reviews

★★★☆☆ 3.7 out of 5

18 global ratings

| | | |
|---|---|---|
| 5 star | | 61% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 30% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



Zdgao 14 ft/20 ft 4-Way Volleyball and Badminton Combo Net with...
-14% $94.99 ~~$109.99~~ prime

Sponsored

### Customers say

Customers find the paddle game fun for all ages, particularly with grandchildren, and appreciate that it's super easy to set up. The build quality and durability receive mixed feedback, with several customers expressing disappointment with the quality and describing the product as extremely flimsy.

Generated from the text of customer reviews

**Select to learn more**

✓ Fun for all ages | ✓ Ease of setup | Quality | Build quality | Durability

### Reviews with images

See all photos ›

    

### Top reviews from the United States

Nhu N.

★★★★★ **Fun anywhere, anytime**

Reviewed in the United States on May 12, 2025

Verified Purchase

This set just came on time for mother's day. We were setting it up right after it was delivered.Super easy to set up and perfect for all ages! This paddle sport set blends badminton, ping pong, and pickleball into one awesome game. Great for both indoors and outdoors—our new go-to for backyard fun!

 

One person found this helpful

Helpful | Report

Cam C.

★☆☆☆☆ **Disappointed with quality and durability...**

Reviewed in the United States on April 6, 2025

Verified Purchase

I bought this set for my nieces and nephews to enjoy at a family gathering, but overall, I'm pretty disappointed with the quality... especially for something that costs over $100.

First, assembly was much more difficult than expected. You'll likely need someone over 6 feet tall to get the top bar in place, which maybe I'm just doing it wrong... but during assembly, part of the net ripped at the seam. It wasn't a huge tear, but still—not something you'd expect straight out of the box.

The birdie container also arrived with a broken lid. Again, not a deal-breaker, but it adds to the overall feeling that the product isn't well made.

What really surprised me was going back to the product page and realizing that most of the glowing 5-star reviews came from something called "amazon vine" people who received the item for free!! I wish I had noticed that before buying, as it might have made me more cautious.

Read more

5 people found this helpful

Helpful | Report

Felicia

★★★★★ **Paddleball**

Reviewed in the United States on August 8, 2025

Verified Purchase

So much fun with grandchildren

Helpful | Report

Naira

Fun and Easy Game for All Ages!

Reviewed in the United States on May 18, 2025

Verified Purchase

This portable paddle sport set is a blast to play both indoors and outdoors, combining the best parts of badminton, ping pong, and pickleball into one fun and easy-to-set-up game.

Helpful | Report

Frankie Criscuolo

Poorly Made

Reviewed in the United States on April 11, 2025

Verified Purchase

Poorly made product and flimsy. Did not hold up well in general. Would not recommend.

One person found this helpful

Helpful | Report

Ever

Super fun for the whole family, a must have!!!

Reviewed in the United States on March 18, 2025

Verified Purchase



This is a must have for a family out to the park day very easy to pick and take anywhere, my kids absolutely love it, you can set it up anywhere even indoors very well built I would say it's going to last a long time. Highly

https://www.amazon.com/sp?ie=UTF8&seller=A1YL4UTSIXYHFY&asin=B0FP2K93SF&ref_=dp_merchant_link&isAmazonFulfilled=1 September 10, 2025 at 11:20 AM EDT

amazon prime | Deliver to Ananya Jersey City 07310 | All | Search Amazon | EN | Hello, Ananya Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Off to College | Same-Day Delivery | Medical Care | Amazon Basics | Best Sellers | Prime Video | Buy Again | Pet Supplies | Browsing History | Handmade | Books | Pharmacy | vs | 31:39:23

Hmlc

# Hmlc Sport

Visit the Hmlc Sport storefront

★★★★★ | 100% positive lifetime (1 total ratings)



Hmlc Portable Paddle Game with...

$99.99

Add to Cart

## About Seller

**Company Introduction**

Welcome to Hmlc Store, a passionate and innovative company dedicated to the world of pickleball game with net. We are committed to providing top-quality pickleball nets and related accessories to enhance the playing experience for both professional players and enthusiasts. Our products are designed with durability, portability, and performance in mind, ensuring that every game is enjoyable and fair.

**Vision**

We aim to promote the growth and popularity of pickleball game with n...

See more

**Have a question for Hmlc Sport?**

Ask a question

## Reviews

★★★★★ 5 out of 5

1 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

1 total ratings, 1 with feedback for Lifetime

★★★★★ "Great experience! Very responsive and answered all questions."

By Valarie Tanner on March 19, 2025.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Jinjiangshilujunguojimaoyiyouxiangongsi

**Business Address:**

晋江市江滨路1688号
宝业大厦2634室
泉州市
福建
362200
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

Investor Relations
Amazon Devices
Amazon Science

Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Reload Your Balance
Gift Cards
Amazon Currency Converter

Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews

IMDb
Movies, TV

IMDbPro
Get Info

Kindle Direct Publishing

Amazon Photos
Unlimited Photo

Prime Video Direct
Video Distribution

Shopbop
Designer