**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SYSTEM ENTERPRISES LLC DBA FUNSPARKS;<br><br>Plaintiff,<br>v.<br><br>JINJIANG LUJUN INTERNATIONAL TRADE CO., LTD. DBA HMLC SPORT;<br><br>Defendant. | Case No. 1:25-cv-09947 (KPF) |

# DECLARATION OF SERVICE

I, Cassidy Moon, declare and state as follows:

1. I am an Associate at ESCA Legal LLC ("ESCA"), which represents Plaintiff System Enterprises LLC DBA Funsparks ("Plaintiff" or "Funsparks") in this action. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I file this proof of service pursuant to the December 2, 2025 Order to Show Cause (under seal) (the "OTSC").

3. On December 8, 2025, I served a copy of the OTSC, Plaintiff's Complaint, and all other supporting documents on Defendant Jinjiang Lujun International Trade Co., Ltd. DBA HMLC Sport ("Defendant" or "HMLC Sport") by email to all known email addresses. A true and correct copy of the email is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2025 in New York, New York.

Cassidy Moon